NUMBER 13-05-00079-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE H.E. BUTT GROCERY CO.

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relator, H.E. Butt Grocery Co., filed a petition for writ of mandamus and motion
for immediate temporary relief in the above cause on February 8, 2005. The Court,
having examined and fully considered the petition for writ of mandamus and motion
for immediate temporary relief, is of the opinion that relator has not shown itself
entitled to the relief sought. Accordingly, the petition for writ of mandamus and
accompanying motion for temporary relief are DENIED. See Tex. R. App. P. 52.8(a). 

                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 9th day of February, 2005.